HOWARD MORRIS, EDWARD MORRIS AND ROSE MORRIS, PARTNERS, TRADING AS CARICK REALTY CO., PLAINTIFFS-APPELLANTS, v. NICHOLAS W. POSTMA, BUILDING INSPECTOR OF THE BOROUGH OF FAIR LAWN, AND THE PLANNING BOARD OF THE BOROUGH OF FAIR LAWN, DEFENDANTS-RESPONDENTS.

HOWARD MORRIS, EDWARD MORRIS AND ROSE MORRIS, PARTNERS, TRADING AS CARICK REALTY, CO., PLAINTIFFS-APPELLANTS, v. MAYOR AND COUNCIL OF THE BOROUGH OF FAIRLAWN, A MUNICIPAL CORPORATION OF THE STATE OF NEW JERSEY, DEFENDANTS-RESPONDENTS.

Argued December 17, 1963—Decided January 20, 1964.

356

358

362

*Mr. Howard Stern* argued the cause for the appellants (*Messrs. Shavick, Thevos, Stern, Schotz & Steiger,* attorneys).

*Mr. Morton Hirschklau* argued the cause for the respondents (*Mr. Floyd V. Amoresano,* attorney).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Sullivan in the Superior Court, Appellate Division.

*For affirmance* — Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, SCHETTINO and HANEMAN—6.

*For reversal*—Justice HALL—1.